

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-75,873

### EX PARTE DAGMAR FEHRMANN GAHAGAN, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 995206-A IN THE 338TH DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of manslaughter and sentenced to five years' imprisonment. The First Court of Appeals affirmed her conviction. *Gahagan v. State*, No. 01-06-062-CR (Tex. App. - Houston [1st], delivered September 27, 2007, no pet.).

Applicant contends that her appellate counsel rendered ineffective assistance because counsel failed to timely file a petition for discretionary review after agreeing to file one. Appellate counsel

filed an affidavit with the trial court. Based on that affidavit, the trial court has entered findings of fact and conclusions of law that appellate counsel failed to timely file a petition for discretionary review after agreeing to file one. See *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997).

We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the First Court of Appeals in Cause No. 01-06-062-CR that affirmed her conviction in Case No. 995206 from the 338th Judicial District Court of Harris County. Applicant shall file her petition for discretionary review with the First Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered: March 19, 2008
Do not publish